IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 AUG -4  PM 1:46
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

DAVID A. PERRILL, GREGORY PERRILL, and
ALL OTHERS SIMILARLY SITUATED,
          Plaintiffs,

-vs-                                          Case No. A-14-CA-612-SS

EQUIFAX INFORMATION SERVICES, L.L.C.,
          Defendant.

## O R D E R

BE IT REMEMBERED on this day the Court held a telephonic hearing in the above-styled cause, and the parties appeared by and through counsel. The Court now enters the following orders confirming its oral pronouncements:

      IT IS ORDERED that Defendant Equifax Information Services, L.L.C.'s Motion to Stay [#101] is GRANTED. This cause is hereby STAYED pending the Supreme Court's disposition of *Spokeo, Inc. v. Robins*, No. 13-1339, 135 S. Ct. 1892 (2015) (granting certiorari). Upon said disposition, the parties are ORDERED to file with the Court either jointly or, in the event of disagreement, separately, an explanation of how this case should proceed;

      IT IS FURTHER ORDERED that Plaintiffs' Motion to Certify Class [#84] is DENIED without prejudice to refiling upon lifting of the stay; and

      IT IS FINALLY ORDERED that Plaintiffs' Motion for Leave to File Under Seal [#95] (sealed) is GRANTED.



SIGNED this the 4th day of August 2015.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE