IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
96 SEP 26 AM 11: 03
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DAVID A. PERRILL, GREGORY PERRILL, and
ALL OTHERS SIMILARLY SITUATED,
Plaintiffs,

-vs-                                                    Case No. A-14-CA-612-SS

EQUIFAX INFORMATION SERVICES, L.L.C.,
Defendant.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically "Plaintiffs' Motion for Reconsideration" [#117 filed September 12, 2016] and the response filed by Equifax Information Services, L.L.C. [#120 filed September 19, 2016] and after consideration of both the plaintiff's motion and its proposed order, the Court sees no reason to alter or modify in any way its order of August 31, 2016. Plaintiffs merely are re-urging the same arguments with the same legal authorities already evaluated and reviewed by the undersigned.

IT IS ORDERED that the plaintiff's Motion for Reconsideration is DENIED.

IT IS FURTHER ORDERED that the above-styled and numbered cause is DISMISSED and all costs taxed to the plaintiffs, for which let execution issue.

SIGNED this the 26 day of September 2016.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE